HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE No.  2:20-po-00609-DB |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PRESENCE |
| LOGAN M. NELSON, | ) DATE: April 6, 2021 |
| | ) TIME: 10:00 AM |
| Defendant. | ) JUDGE: Hon. Deborah Barnes |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, LOGAN M. NELSON, hereby waives the right to be present in person in open court for the Trial Confirmation Hearing scheduled for Tuesday, April 6, 2021, at 10:00AM.

On March 16, 2021, Defendant and his counsel represented to the Court and the Government, Defendant's scheduling conflict to attend the Trial Confirmation Hearing due to a previously scheduled week long firefighting training. On March 16, the Court advised Defendant and his counsel to file a waiver of appearance for the April 6 proceeding.

Defendant hereby requests the Court to proceed during his absence on Tuesday, April 6, 2021, at 10:00AM, which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: April 2, 2021

*/s/ Logan M. Nelson*
_____
(Defendant)

I agree and consent to my Client's waiver of appearance.

Dated: April 2, 2021

*/s/ Linda C. Allison*
_____
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: April 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE